BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBBIN M. COKER,<br><br>    Defendant. | Case No. 2:09-CV-02012-JAM-DAD<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO DEFENDANT'S MOTION TO DISMISS**; ORDER<br><br>Date: August 4, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 6 (Judge Mendez)<br><br>Complaint filed: July 21, 2009<br>Trial date: April 4, 2011 (Jury) |

    Plaintiff United States of America and defendant Robbin M. Coker, by and through their respective counsel, hereby stipulate and agree to extend the briefing schedule of Defendant's motion to dismiss (the Motion). This stipulation and proposed order follow the Court's resetting of the hearing on Defendant's Motion to August 4, 2010, from July 7, 2010, and authorization to the parties to propose a revised briefing schedule based on the new hearing date. Accordingly, the parties agree that the United States' time to oppose the Motion is extended to July 9, 2010, from June 23, 2010, and Defendant's time to reply is extended to July 16, 2010, from June 30, 2010.

    IT IS SO STIPULATED.

Stipulation and Proposed Order

1  DATED: July 1, 2010                    BENJAMIN B. WAGNER
                                          United States Attorney
2

3
                                     By:  _____
4                                         KURT A. DIDIER
                                          Assistant United States Attorney
5

6  DATED: July ___, 2010                  ROBERT EARL McCANN

7

8                                    By:  _____
                                          ROBERT EARL McCANN
9                                         Attorney for Defendant

10

11
                                    **ORDER**
12
      The hearing on Defendant Robbin M. Coker's motion to dismiss (the Motion) is hereby reset
13
to August 4, 2010, at 9:30 a.m. from July 7, 2010.  Based on this resetting, the parties' stipulation for
14
a new briefing schedule and good cause appearing therefor, the Court hereby orders that the United
15
States' time to oppose the Motion is extended to July 9, 2010, from June 23, 2010, and Defendant's
16
time to reply is extended to July 16, 2010, from June 30, 2010.
17
      IT IS SO ORDERED.
18

19

20
DATED: July 1, 2010                       /s/ John A. Mendez
21                                        JOHN A. MENDEZ
                                          United States District Judge
22

23

24

25

26

27

28

Stipulation and Proposed Order                2