IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                         No. CIV S-09-2012 JAM DAD

    v.

ROBBIN M. COKER,

      Defendant.                  ORDER

_____/

        This case came before the court on July 30, 2010, for hearing on plaintiff's motion to compel defendant's appearance at deposition and her responses to plaintiff's first set of interrogatories, first request for production of documents, and first set of requests for admissions. Kurt Alexander Didier, Assistant U.S. Attorney, appeared for plaintiff. Robert Earl McCann, Esq., appeared for defendant.

        Upon consideration of the parties' Joint Statement re Discovery Disagreement and their arguments in open court, and for the reasons stated on the record at the hearing, plaintiff's July 9, 2010 motion to compel (Doc. No. 23) is granted in its entirety.

        Within fifteen days after the assigned district judge issues any order that denies defendant's pending motion to dismiss, defendant shall submit to deposition in the Office of the

/////

1

1  United States Attorney in North Carolina and shall serve responses without objection to
2  plaintiff's written discovery.
3        IT IS SO ORDERED.
4  DATED: July 30, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/USvCoker2012.oah.073010