FILED

AUG 0 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ROBBIN M. COKER,<br><br>                Defendant. | CASE NO. 2:09-CV-02012-JAM-DAD<br><br>**ORDER GRANTING THE UNITED STATES' SUMMARY JUDGMENT MOTION** |

On this day, the Court considered plaintiff United States of America's motion for summary judgment (the Motion). The Court, having considered the Motion, any opposition thereto, the records on file in this action, and finding good cause therefor, hereby ORDERS, ADJUDGES and DECREES:

1. The Motion is GRANTED;

2. The United States is ENTITLED to the ten percent (10%) litigation surcharge authorized by 28 U.S.C. § 3011(a) of the Federal Debt Collection Procedure Act (FDCPA) once it undertakes any judgment enforcement action set forth in Subchapter C of the FDCPA (28 U.S.C. §§ 3201, et. seq.), including recording an abstract of judgment;

3. Judgment shall be ENTERED in the United States' favor and against defendant Robbin M. Coker in the sum of $161,648.46 plus interest from April 16, 2013 until paid in full;

4. The judgment shall INCREASE by 10% of the unpaid balance then due when the United States takes any enforcement action as provided in paragraph 2 of this Order; and

ORDER GRANTING SUMMARY JUDGMENT       1

1  5. The United States shall LODGE a separate judgment setting forth the terms of this Order.

3  Dated: __August 7__, 2013

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SUMMARY JUDGMENT         2