IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBBIN M. COKER,<br><br>              Defendant. | CASE NO.  2:09-CV-02012-JAM-DAD<br><br>**JUDGMENT** |

On August 7, 2013, and following a hearing, the Court granted plaintiff United States of America's motion for summary judgment (the Motion).  Having granted the Motion, it is hereby ORDERED, ADJUDGED and DECREED:

   1. Judgment is hereby ENTERED in favor of the United States and against defendant Robbin M. Coker in the sum of $161,648.46 plus interest from April 16, 2013 until paid in full;

   2. The United States is ENTITLED to the ten percent (10%) litigation surcharge authorized by 28 U.S.C. § 3011(a) of the Federal Debt Collection Procedure Act (FDCPA) once it undertakes any judgment enforcement action set forth in Subchapter C of the FDCPA (28 U.S.C. §§ 3201, et. seq.), including recording an abstract of judgment; and

///

///

///

JUDGMENT                                                            1

3. The judgment shall INCREASE by 10% of the unpaid balance then due when the United States takes any enforcement action as provided in paragraph 2 of this Order.

Dated: 8/9/2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

JUDGMENT 2